# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

IRENE ROBINSON                                                                                          PLAINTIFF

v.                               CASE NO. 3:10CV00101 JTK

MICHAEL J. ASTRUE,
*Commissioner,* Social Security Administration                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 9th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE